UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

MATTHEW HARPER,

    Plaintiff,

vs.                                  CASE NO.:

IRON RESTAURANT GROUP LLC, a
Florida For Profit Limited Liability
Company, and MIKE BRAZWELL,
Individually,

    Defendants.
_____/

## COMPLAINT AND DEMAND FOR JURY TRIAL

Plaintiff, MATTHEW HARPER, by and through the undersigned attorney, sues the Defendants, IRON RESTAURANT GROUP LLC, and MIKE BRAZWELL, individually, and alleges:

1. Plaintiff, MATTHEW HARPER, was an employee of Defendants and brings this action for unpaid minimum wage compensation and other relief under the Fair Labor Standards Act, as amended, 29 U.S.C. § 216(b) ("FLSA").

### General Allegations

2. Plaintiff, MATTHEW HARPER, was an employee who worked at Defendants' property within the last three years for Defendants in Pensacola, Escambia County, Florida.

3. Plaintiff, MATTHEW HARPER, worked for Defendant from approximately July 2014 to March 2017 as a server/waiter.

4. Defendant, IRON RESTAURANT GROUP LLC, paid Plaintiff a cash wage less than the minimum wage due to claiming a tip-credit under 29 C.F.R. § 203(m).

1

5. Specifically, Plaintiff received a cash wage of $5.03 per hour from Defendant, and received tips from serving customers.

6. Defendant, IRON RESTAURANT GROUP LLC, is a Florida Limited Liability Company that operates and conducts business in Escambia County, Florida and is therefore, within the jurisdiction of this Court.

7. Defendant, IRON RESTAURANT GROUP LLC, operates as a restaurant serving Southern contemporary cuisine. Defendant also serves alcohol, wine, and liquor.

8. At all times relevant to this action, MIKE BRAZWELL is/was an individual resident of the State of Florida, who operated IRON RESTAURANT GROUP LLC, and who regularly exercised the authority to: (a) hire and fire employees of IRON RESTAURANT GROUP LLC; (b) determine the work schedules for the employees of IRON RESTAURANT GROUP LLC, and (c) control the finances and operations of IRON RESTAURANT GROUP LLC. By virtue of having regularly exercised that authority on behalf of IRON RESTAURANT GROUP LLC, MIKE BRAZWELL was/is an employer as defined by 29 U.S.C. § 201, et seq.

9. This action is brought under the FLSA to recover from Defendants minimum wages, liquidated damages, and reasonable attorneys' fees and costs.

10. This Court has jurisdiction over Plaintiff's claims pursuant to 28 U.S.C. §1331 and the FLSA and the authority to grant declaratory relief under the FLSA pursuant to 28 U.S.C. §2201 et seq.

11. During Plaintiff's employment with Defendants, Defendant, IRON RESTAURANT GROUP LLC, earned more than $500,000.00 per year in gross sales.

12. Defendant, IRON RESTAURANT GROUP LLC, employed roughly twenty-five (25) employees and paid these employees plus earned a profit from their business.

13. During Plaintiff's employment, Defendant, IRON RESTAURANT GROUP LLC, employed at least two employees who handled goods, materials and supplies which travelled in interstate commerce, such as food, drinks, alcoholic beverages, computers, phones, restaurant equipment and other items used to run the business.

14. Therefore, at all material times relevant to this action, Defendant, IRON RESTAURANT GROUP LLC, was an enterprise covered by the FLSA, and as defined by 29 U.S.C. §203(r) and 203(s).

## FLSA Violations

15. At all times relevant to this action, Defendants failed to comply with the FLSA because Plaintiff performed services for Defendants for which no provisions were made by Defendants to ensure that Plaintiff was paid the proper minimum wage for all hours worked.

16. During his employment with Defendant, Plaintiff was not paid the minimum wage for all hours worked.

17. Plaintiff received less than minimum wage as the Defendant utilized the tip credit method of compensation since Plaintiff was a server/waiter.

18. However, Defendants mandated a tip pool arrangement that included one or more employees that do not customarily and regularly receive tips.

19. Based upon these above policies, Defendants have violated the FLSA by failing to pay complete minimum wages as described above.

20. Upon information and belief, the records, to the extent any exist, concerning the number of hours worked and amounts paid to Plaintiff are in the possession and custody of Defendants.

## **COUNT I - RECOVERY OF MINIMUM WAGE COMPENSATION**

21. Plaintiff reincorporates and readopts all allegations contained within Paragraphs 1-20 above.

22. Plaintiff is/was entitled under the FLSA to be paid minimum wage for each hour worked during his employment with Defendants.

23. During his employment with Defendants, Plaintiff was not paid complete minimum wages as a result of Defendants' practice of compensating Plaintiff $5.03 per hour by claiming a tip credit.

24. However, Defendants were distributing tips from a tip pool to one or more employees that did not regularly or customarily receive tips.

25. Specifically, Defendants required Plaintiff to share the tip pool with members of the kitchen staff.

26. As a result of the tip-pool violation, Defendant loses the privilege of claiming a tip-credit and therefore Plaintiff was not paid the minimum wage for all the hours worked with Defendants in violation of the FLSA.

27. Defendants willfully failed to pay Plaintiff the full minimum wage for all hours worked contrary to 29 U.S.C. § 206.

28. As a direct and proximate result of Defendants' deliberate underpayment of wages, Plaintiff has been damaged in the loss of minimum wages for one or more weeks of work with Defendants.

29. As a result of Defendants' willful violation of the FLSA, Plaintiff is entitled to liquidated damages.

30. Plaintiff demands a trial by jury.

WHEREFORE, Plaintiff, MATTHEW HARPER demands judgment against Defendants for unpaid minimum wages, an additional and equal amount of liquidated damages, reasonable attorneys' fees and costs incurred in this action, declaratory relief, and any and all further relief that this Court determines to be just and appropriate.

Dated this 28th day of March, 2017.

/s/ Matthew R. Gunter
Matthew R. Gunter, Esq.
FBN 0077459
Morgan & Morgan, P.A.
20 N. Orange Ave., 16th Floor
P.O. Box 4979
Orlando, FL 32802-4979
Telephone: (407) 420-1414
Facsimile: (407) 867-4791
Email: mgunter@forthepeople.com
Attorneys for Plaintiff